IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | *UNDER SEAL* |
| ) | |
| v. ) | Docket No. 3:11-mj-262 |
| ) | |
| (1) SHAMERON WADDEL HALLMAN ) | |
| (2) CAMERON JAMOND HALLMAN ) | |
| (3) RASHARD DEAN BOYD ) | |

## ORDER

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Complaint, the Affidavit in Support of the Complaint, the Arrest Warrants, the Government's Motion to Seal, and this Order be unsealed, because the Defendants are now all in custody,

**IT IS HEREBY ORDERED** that the Complaint, the Affidavit in Support of the Complaint, and the Arrest Warrants be unsealed at this time.

**IT IS FURTHER ORDERED** that the Government's Motion to Seal, and this Order remain sealed until further order of this court.

The Clerk is directed to certify a copy of this Order to the United States Attorney's Office.

SO ORDERED this 18th day of July 2011.

_____
THE HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE